ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

**MADE JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CV 10-998 GW (RZx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| vs. | |
| $13,330.00 IN U.S. CURRENCY, | |
| Defendant. | |

     This action was filed on February 10, 2010. Notice was given and published in accordance with law. Plaintiff and claimants Michael Broman ("Broman") and Ahnee Aguirre ("Aguirre") have reached an agreement that is dispositive of the action. No other statements of interest or answers have been filed, and the

time for filing such statements of interest and answers has expired.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant $13,330.00 in U.S. currency (hereinafter "defendant currency") are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $9,330.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   $4,000.00 of the defendant currency, without any interest earned by the government on the amount, shall be paid to Broman and Aguirre and be returned in care of their attorney, Joel A. Thvedt.  Said funds shall be forwarded to "Michael Broman and Ahnee Aguirre" in care of their attorney, Joel A. Thvedt, Esq., Bensinger, Ritt, Tai & Thvedt, 65 North Raymond Avenue, Suite 320, Pasadena, California 91103.

5.   Broman and Aguirre hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and

all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: August 1, 2010

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: July 28, 2010          ANDRÉ BIROTTE JR.
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                                   /S/ Katharine Schonbachler
                              KATHARINE SCHONBACHLER
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America


DATED: July 28, 2010          BENSINGER, RITT, TAI & THVEDT


                                   /S/ Joel A. Thvedt
                              JOEL A. THVEDT, ESQ.
                              Attorney for Claimants
                              MICHAEL BROMAN and AHNEE AGUIRRE